180 So. 127

**SMITH v. STATE.**

**7 Div. 321.**

Court of Appeals of Alabama.

March 22, 1938.

W. L. Longshore, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., and Silas C. Garrett, III, Asst. Atty. Gen., for the State.

RICE, Judge.

Appellant was convicted of the offense of unlawfully distilling alcoholic liquor—whisky.

It is just "another of those cases." We see nothing worthy of discussion.

But appellant's counsel strenuously argue that the judgment should be reversed because—one of appellant's witnesses bearing the name Spain—the solicitor, in his closing argument to the jury used this language: "That name Spain is a very familiar name to me."

The court, on motion, excluded the quoted statement from the jury; which, we think, and hold, was even more than appellant could rightfully ask. Anderson v. State, 209 Ala. 36, 95 So. 171. Certainly, we think appellant's motion to "declare a mistrial" was overruled without error.

There appears, nowhere, any erroneous ruling or action by the court, and the judgment is affirmed.

Affirmed.